PCA2006R00895

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal No. 06-572 (FLW)

v. :

DAVID BUTLER : 21 U.S.C. § 841(a)(1)
: 18 U.S.C. § 2
:
: INDICTMENT
:

RECEIVED
JUL 27 2006
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

COUNT ONE

On or about February 22, 2006, in Mercer County, in the District of New Jersey and elsewhere, defendant

DAVID BUTLER

did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

RECEIVED
2 6 2006
MARY L. COOPER
U.S. DISTRICT JUDGE

## COUNT TWO

On or about February 24, 2006, in Mercer County, in the District of New Jersey and elsewhere, defendant

## DAVID BUTLER

did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about March 1, 2006, in Mercer County, in the District of New Jersey and elsewhere, defendant

## DAVID BUTLER

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREI

CHRISTOPHER J. CHRISTIE
United States Attorney

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

DAVID BUTLER

## INDICTMENT FOR

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

A True Bill.

Christopher J. Christie
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

PATRICK C. ASKIN
*Assistant U.S. Attorney*
*(609) 989-2190*