UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

Trenton                                    January 9, 2008
Office                                     Date of Proceedings

Judge Freda L. Wolfson, USDJ

Court Reporter: Vinnie Russoniello
Deputy Clerk   Jackie Gore

Title of Case:                         Docket Cr. 06-572-01(FLW)

U.S.A.
  V
DAVID BUTLER
(PRESENT)

Appearances:

Patrick C. Askin, AUSA for Govt.
David E. Schafer, AFPD for Deft.

Nature of Proceedings: SENTENCING

Motion by deft. For downward departure/variance.
Court Ordered Motion Granted.
Impr.: 96 Months
Supervised Release: 4 Years w/special conditions.
Fine Waived.
Special Assessment: $100.00
Motion by Govt. To dismiss counts 1 and 2.
Motion Granted.
Court Ordered deft. Remanded.


Commenced: 3:25 P.M.
Adjourned: 4:10 P.M.


                                   S/Jacqueline Gore
                                   Deputy Clerk